**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MARYLAND (BALTIMORE DIVISION)**

| | | |
|---|---|---|
| **WANDA MCDERMOTT,** | * | |
| **PLAINTIFF,** | * | |
| V. | * | **CASE NO.: RDB-09-739** |
| **ANNAPOLIS AREA CHRISTIAN SCHOOL ASSOCIATION, INC.,** | * | |
| | * | |
| **DEFENDANT.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ENTRY OF APPEARANCE FOR ZACHARY L. ERWIN AS COUNSEL TO DEFENDANT**

Please enter the appearance of Zachary L. Erwin, Esq. (Federal Bar No. 29045) on behalf of Defendant, Annapolis Area Christian School Association, Inc., in the above-captioned matter.

Respectfully submitted,

/s/ Andrew L. Cole
Andrew L. Cole, Fed. Bar No. 14865
Zachary L. Erwin, Fed. Bar No. 29045
Franklin & Prokopik, P.C.
The B&O Building
Two N. Charles St., Suite 600
Baltimore, MD 21201
(410) 752-8700
(410) 752-6868 (Fax)

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on this 11th of November, 2009, a copy of the foregoing document was served electronically through the Court's CM/ECF system upon all counsel of record, each of whom is a registered user of the system:

/s/ Andrew L. Cole<br>Andrew L. Cole